B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of North Carolina

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Barton, Frederick C** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0603** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7 Jasmine Place**<br>**Wrightsville Beach, NC**<br>ZIP Code **28480** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New Hanover** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Barton, Frederick C** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Robert J. Anderson**                         **June  3, 2011** <br> Signature of Attorney for Debtor(s)                      (Date) <br> **Robert J. Anderson 37992** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                                              Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Barton, Frederick C** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Frederick C Barton**
Signature of Debtor  **Frederick C Barton**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June  3, 2011**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X  /s/ Robert J. Anderson**
Signature of Attorney for Debtor(s)
**Robert J. Anderson 37992**
Printed Name of Attorney for Debtor(s)
**Gillespie & Murphy, P.A.**
Firm Name
**P.O. Drawer 888**
**New Bern, NC 28563**
_____
Address

Email: gmpa@lawyersforchrist.com
**(252)  636-2225  Fax: (252)  636-0625**
Telephone Number
**June  3, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Frederick C Barton**  
Debtor(s)

Case No.  
Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Frederick C Barton**
**Frederick C Barton**

Date: **June 3, 2011**

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Frederick C Barton**  
Debtor(s)

Case No. _____  
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **June 3, 2011**

**/s/ Frederick C Barton**  
**Frederick C Barton**  
Signature of Debtor

I, **Robert J. Anderson 37992**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **3** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **June 3, 2011**

**/s/ Robert J. Anderson**  
Signature of Attorney  
**Robert J. Anderson 37992**  
**Gillespie & Murphy, P.A.**  
**P.O. Drawer 888**  
**New Bern, NC 28563**  
**(252) 636-2225  Fax: (252) 636-0625**

Accident Fund Insurance
Attention:  Managing Agent
232 S. Capitol Ave
Lansing, MI 48901

Ace American Inc. Co.
Attention:  Managing Agent
One Tower Square
Remittance Box 90024
Hartford, CT 06183-9043

Akins & Byrne, PLLC
Attention:  Managing Agent
103-A Kilmayne Drive
Cary, NC 27511

Atlantic Brokerage
Attention:  Managing Agent
321 North Front Street
Wilmington, NC 28401

Awnings Unlimited Inc
aka Awnings By Sunair
Attention:  Managing Agent
7785 Rt 175
Jessup, MD 20794

Bank Of America
Attention:  Managing Agent
PO Box 26012
Greensboro, NC 27410

Bank Of America
Attention:  Managing Agent
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank of America
Attn: Managing Agent
PO Box 15710
Wilmington, DE 19886-5710

Bank of America
Attention:  Managing Agent
PO Box 45144
Fl9-100-04-24 Bldg 100, 4th Floor
Jacksonville, FL 32232-9923

Barton Ventures, Inc.
dba Amazing Awnings & Shutter Co.
Attention:  Managing Agent
3013-F Hall Waters Drive
Wilmington, NC 28405

Bellsouth Advertising
Attn: Managing Agent
P.O. Box 70529
Charlotte, NC 28272

Capital Credit Co.
Attention:  Managing Agent
420 Eastwood Rd.
Suite 101
Wilmington, NC 28403

Chase Bank US
Attention:  Managing Agent
Cardworks Process - Chargeback Dept
5451 E. Williams Blvd Ste 201
Tucson, AZ 85711

City of Wilmington
Attn: Managing Agent
PO Box 1810
Wilmington, NC 28402-1810

Cole Fasteners
Attention:  Managing Agent
2840 N Kerr Ave
Wilmington, NC 28405

Cool-Off
Attention:  Managing Agent
5535 Memorial Drive
Suite 225F
Houston, TX 77007

Credit Control, LLC
Attention:  Managing Agent
245 East Roselawn Ste 25
Saint Paul, MN 55117

Crescent Bank
Attention:  Managing Agent
PO Box 674824
Marietta, GA 30006-0025

Daniel & Susan Collins
Attention:  Managing Agent
7467 Thai's Trail
Wilmington, NC 28411

Data Publishing
Attention:  Managing Agent
PO Box 5986
Hilton Head Island, SC 29938-5986

Design Structure Engineers
Attention:  Managing Agent
10505 Charmford Way
Raleigh, NC 27612

East Coast Umbrella
Attention:  Managing Agent
6321 Andrew Jackson Hwy
Laurel Hill, NC 28351

Eastern Metal Supply Co.
Attention:  Managing Agent
2925 Stewart Creek Blvd.
Charlotte, NC 28216

Eclipse Awnings Systems LLC
Attention:  Managing Agent
1760 Rt 211 East
Middletown, NY 10941

ExxonMobil/Citi
Attention:  Managing Agent
Po Box 20507
Kansas City, MO 64195

Fast Signs
Attention:  Managing Agent
894-4 S Kerr Ave
Wilmington, NC 28403

Financial Data Systems LLC
Attn: Managing Agent
P O Box 688
Wrightsville Beach, NC 28480

First Citizens Bank & Trust Co
Attention: Managing Agent
PO Box 26592
Raleigh, NC 27611-6592

IRS
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19114

Medac Health Services
Attn: Managing Agent
4402 Shipyard Blvd.
Wilmington, NC 28403

First Federal Bank
Attention: Managing Agent
PO Box 118068
Charleston, SC 29423-8068

IRS - Dept of Treasury
Attention: Managing Agent
5340 Jaeckle Drive
Suite 101
Wilmington, NC 28403

Midland Credit Management
Attention: Managing Agent
Po Box 939019
San Diego, CA 92193

First Federal Charleston
Attention: Managing Agent
Po Box 118068
Charleston, SC 29423

John Glenn Associates
Attn: Managing Agent
55 Hendricks Rd.
New Hyde Park, NY 11040

Montgomery Insurance
Attention: Managing Agent
PO Box 2051
Keene, NH 03431-7051

First Federal Savings & Loan
Attention: Managing Agent
Po Box 190
Charleston, SC 29402

Johnson, Hearn, et al.
Attention: Managing Agent
PO Box 1776
Raleigh, NC 27602

NC Dept of Revenue
Attn: Managing Agent
PO Box 25000
Raleigh, NC 27640-0640

Florida Powder Coating
Attention: Managing Agent
854 North Dixie Hwy
Lake Worth, FL 33462

Johnston, Allison & Hord, PA
Attention: Managing Agent
1065 E. Morehead St
Charlotte, NC 28204

New Hanover County Tax Office
Attn: Manaing Agent
PO Box 18000
Wilmington, NC 28406

GEMB/Lowes
Attn: Managing Agent
PO Box 103065
Roswell, GA 30076

Kross/lieberman & Stone
Attention: Managing Agent
1110 Navaho Dr Ste 501
Raleigh, NC 27609

Orrell & Reiner, PC
Attention: Managing Agent
PO Box 4054
Wilmington, NC 28406

Hilco Receivables
Attention: Managing Agent
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089

Loxcreen Company
Attention: Managing Agent
PO Box 535419
Atlanta, GA 30353-5419

Palmetto Publishing
Attention: Managing Agent
5285 Main Street, Suite 21
Shallotte, NC 28459

Hoosier Engineering
Attention: Managing Agent
7726 S. Meridian Drive
Poneto, IN 46781

Machine & Welding Supply
Attention: Managing Agent
PO Box 1708
Dunn, NC 28335-1708

Porter & Schwartz, PA
Attn: Managing Agent
PO Box 17208
Charlotte, NC 28227

Imperial Credit Corp
Attention: Managing Agent
1001 Winstead Dr
Suite 500
Cary, NC 27512

MCM
Attn: Managing Agent
PO Box 603, Dept. 12421
Oaks, PA 19456

RMS
Attention: Managing Agent
77 Hartland Street, Suite 401
East Hartford, CT 06108

Routree, Losee & Baldwin LLP
Attention: Managing Agent
2419 Market St
Wilmington, NC 28403

Williams Cohen & Gray
Attention: Managing Agent
6201 Bonhomme Rd
Ste 400-N
Houston, TX 77036

Sears/Citibank
Attention: Managing Agent
701 East 60th St N
Sioux Falls, SD 57117

WWAY News Channel 3
Attention: Managing Agent
615 N. Front St.
Wilmington, NC 28401

Southern Sign Company
Attention: Managing Agent
5905 Carolina Beach Rd
Wilmington, NC 28403

Yow, Fox & Mannen, L.L.P.
Attention: Managing Agent
102 N 5th Ave
Wilmington, NC 28401

STA International
Attention: Managing Agent
333 Earle Ovington Blvd.
Suite 1025, PO Box 707
Uniondale, NY 11553-0707

The Talking Phone Book
Attn Managing Agent
PO Box 5168
Buffalo, NY 14240-5168

Time Warner Cable
Attn: Managing Agent
P O Box 70874
Charlotte, NC 28272-0874

Topsail Voice
Attention: Managing Agent
PO Box 1679
Morehead City, NC 28557

Tri-Vantage LLC
Attn: Managing Agent
PO Box 934832
Atlanta, GA 31193-4832

Waste Mangement
Attention: Managing Agent
PO Box 105453
Atlanta, GA 30348