# United States Bankruptcy Court

For The
Eastern District of North Carolina Wilmington Division

FREDERICK C BARTON  
7106 KINSELLA COURT  
WILMINGTON, NC 28409

Case No.: 11-04333-8-SWH  
SS #1: XXX-XX-0603

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06 | 03 | 11 | | 10 | 18 | 11 | | 08 | 08 | 13 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 11,493.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| FREDERICK C BARTON | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITOL CREDIT COMPANY | 016 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITOL CREDIT COMPANY | 017 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 048 | Priority | 476.22 | 476.22 | 0.00 | 0.00 |
| IRS - DEPT OF TREASURY | 049 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPARTMENT OF REVENUE | 068 | Priority | 7,365.65 | 7,365.65 | 0.00 | 0.00 |
| NEW HANOVER COUNTY TAX OF | 069 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| ARBYS | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ATLANTIC MARINE | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CARDWORKS PROCESSING | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAROLINA SPORT MEDICINE | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| STERN & ASSOCIATES | 087 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CRAIG WATKINS | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FERRERINA | 036 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FRANK DOLEZAL | 044 | Unsecured | 1,100.00 | 0.00 | 0.00 | 0.00 |
| KARMIN REALTY | 053 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MARTECH | 058 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MEDAC HEALTH SERVICES | 061 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FINANCIAL DATA SYSTEMS | 037 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MRB RENAISSANCE FL | 067 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NEW HANOVER REGIONAL MEDI | 070 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NEW HANOVER REGIONAL MEDI | 071 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NHRMC | 072 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WILLIAM J ALLEN PA | 098 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PAM BAKER | 075 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PATRICIA HUMPHREY | 076 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ROBERT FERGUSON | 079 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ROMEO | 080 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| VON GORDON | 094 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WAINWRIGHT | 096 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ACCIDENT FUND INSURANCE | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ACE AMERICAN INC CO | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SLATER, TENGALIA, FRITZ, | 083 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ATLANTIC BROKERAGE | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AWNINGS UNLIMITED INC. | 008 | Unsecured | 27,021.95 | 0.00 | 0.00 | 0.00 |
| YOW, FOX, & MANNEN | 101 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ER SOLUTIONS, INC | 033 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court
For The
Eastern District of North Carolina Wilmington Division

FREDERICK C BARTON  
7106 KINSELLA COURT  
WILMINGTON, NC 28409

Case No.: 11-04333-8-SWH  
SS #1:  XXX-XX-0603

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 06 | 03 | 11 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 10 | 18 | 11 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 08 | 08 | 13 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $ 11,493.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PRA RECEIVABLES MANAGEMEN | 011 | Unsecured | 5,339.84 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BELLSOUTH | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PORTER & SCHWARTZ, P.A. | 077 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| W FRANK PORTER  PA | 095 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHASE BANK US | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITY OF WILMINGTON | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| COLE FASTENERS | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| COOL-OFF | 023 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CRESCENT BANK | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DANIEL & SUSAN COLLINS | 027 | Unsecured | 1,146.89 | 0.00 | 0.00 | 0.00 |
| DATA PUBLISHING | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DESIGN STRUCTURE ENGINEER | 029 | Unsecured | 200.00 | 0.00 | 0.00 | 0.00 |
| EAST COAST UMBRELLA | 030 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WILLIAMS COHEN & GRAY | 099 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EASTERN METAL SUPPLY CO | 031 | Unsecured | 1,458.50 | 0.00 | 0.00 | 0.00 |
| AKINS & BYRNE, PLLC | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECLIPSE AWNINGS SYSTEMS L | 032 | Unsecured | 1,024.90 | 0.00 | 0.00 | 0.00 |
| FASTSIGNS | 035 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST CITIZENS BANK | 039 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST FEDERAL BANK | 040 | Unsecured | 25,176.08 | 0.00 | 0.00 | 0.00 |
| FIRST FEDERAL OF CHARLEST | 041 | Unsecured | 956.27 | 0.00 | 0.00 | 0.00 |
| FIRST FEDERAL SAVINGS | 042 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FLORIDA POWDER COATING | 043 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HILCO RECIEVABLES | 045 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ALLIED INTERSTATE | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CREDIT CONTROL LLC | 025 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GEMB/LOWES | 055 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HOOSIER ENGINEERING | 046 | Unsecured | 51.22 | 0.00 | 0.00 | 0.00 |
| IMPERIAL CREDIT CORP | 047 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JOHN GLENN ASSOCIATES | 050 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JOHNSON, HEARN, ET AL | 051 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| KROSS LIEBERMAN & STONE | 054 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LOXCREEN CO INC | 056 | Unsecured | 988.41 | 0.00 | 0.00 | 0.00 |
| MACHINE & WELDING SUPPLY | 057 | Unsecured | 237.72 | 0.00 | 0.00 | 0.00 |
| MEDAC HEALTH SERVICES | 062 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FINANCIAL DATA SYSTEMS | 038 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court
For The
Eastern District of North Carolina Wilmington Division

FREDERICK C BARTON  
7106 KINSELLA COURT  
WILMINGTON, NC 28409

Case No.: 11-04333-8-SWH  
SS #1: XXX-XX-0603

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 06 | 03 | 11 |
| The Plan was confirmed on | 10 | 18 | 11 |
| The Case was concluded on | 08 | 08 | 13 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $ 11,493.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MGMT | 064 | Unsecured | 4,062.59 | 0.00 | 0.00 | 0.00 |
| METLIFE HOME LOANS | 063 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MCM | 059 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MIDLAND CREDIT MGMT | 065 | Unsecured | 3,458.25 | 0.00 | 0.00 | 0.00 |
| MCM | 060 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SEARS | 082 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MONTGOMERY INSURANCE | 066 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ORRELL & REINER, PC | 073 | Unsecured | 883.42 | 0.00 | 0.00 | 0.00 |
| PALMETTO PUBLISHING | 074 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RENAISSANCE MERCHANGE SER | 078 | Unsecured | 7,135.59 | 0.00 | 0.00 | 0.00 |
| ROUNTREE, LOSEE & BALDWIN | 081 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SOUTHERN SIGN COMPANY | 085 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TALKING PHONE BOOK | 088 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SOUTHEASTERN FREIGHT LINE | 084 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TALKING PHONE BOOK | 089 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| STA INTERNATIONAL | 086 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TIME WARNER CABLE | 090 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TIME WARNER CABLE | 091 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TOPSAIL VOICE | 092 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JOHNSTON, ALLISON & HORD, | 093 | Unsecured | 23,601.16 | 0.00 | 0.00 | 0.00 |
| EULER HERMES | 034 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JOHNSTON, ALLISON & HORD, | 052 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WASTE MANAGEMENT | 097 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WWAY TELEVISION | 100 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BETSEY SUMMEY | 014 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| BETSEY SUMMEY | 015 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| MIDLAND CREDIT MGMT | 103 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST FEDERAL SAVINGS | 104 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AWNINGS UNLIMITED INC | 105 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| JERRY WAINWRIGHT | 106 | Unsecured | 1,166.07 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | 107 | Unsecured | 3,201.46 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 108 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LOXCREEN CO INC | 109 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LOXCREEN CO INC | 110 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AKINS & BYRNE, PLLC | 111 | Unsecured | 2,709.48 | 0.00 | 0.00 | 0.00 |
| EASTERN METAL SUPPLY CO | 112 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PRA RECEIVABLES MANAGEMEN | 113 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DANIEL & SUSAN COLLINS | 114 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court

For The
Eastern District of North Carolina Wilmington Division

FREDERICK C BARTON  
7106 KINSELLA COURT  
WILMINGTON, NC 28409

Case No.: 11-04333-8-SWH  
SS #1: XXX-XX-0603

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 06 | 03 | 11 |
| The Plan was confirmed on | 10 | 18 | 11 |
| The Case was concluded on | 08 | 08 | 13 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $   11,493.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| FIRST FEDERAL BANK | 115 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ESA C/S | 116 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HENDERSON STAFFORD & CO P | 117 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RANDY W RICHARTZ CPA PLLC | 118 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RICHARD M STEARNS | XFR-TR | Admin | 0.00 | 0.00 | 0.00 | 0.00 |
| FREDERICK C BARTON | 999 | Refund | 745.24 | 745.24 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 7,841.87 | 110,919.80 | 0.00 | 745.24 | 119,506.91 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 7,841.87 | 0.00 | 0.00 | 745.24 | 8,587.11 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,587.11 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| GILLESPIE & MURPHY, PA | 3,400.00 | 2,400.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 253.02 | 252.87 | 0.00 | 505.89 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated:  11/20/2013

Richard M. Stearns  
1015 Conference Dr.  
Greenville, NC  27858